# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

IN RE:

Rafael Reyes Garcia,

Debtor.

_____/

CASE NO.: 21-15729
CHAPTER 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for RCF 2 Acquisition Trust c/o U.S. Bank Trust National Association<br>Name of Transferee | NewRez LLC d/b/a Shellpoint Mortgage Servicing<br>Name of Transferor |
| Name and Address where notices to Transferee should be sent:<br>Selene Finance, LP<br>9990 Richmond Ave. Suite 400 South Attn: BK Dept<br>Houston TX 77042 | Court Claim # (if known): 7-1<br>Amount of Claim: $292,234.96<br>Date Claim Filed: 12/27/2021 |
| Phone:<br>Last Four Digits of Acct #: 7446 | Phone: 800-365-7107<br>Last Four Digits of Acct #: 6066 |

Name and Address where Transferee payments should be sent (if different from above):
Selene Finance, LP
9990 Richmond Ave. Suite 400 South Attn: BK Dept
Houston TX 77042

Phone:
Last Four Digits of Acct #: 7446

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Sean Ferry                    Date: January 19, 2022

22-004779 - AnS

Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

22-004779 - AnS

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

RAFAEL REYES GARCIA
6771 ELM AVENUE
SAN BERNARDINO, CA 92404

And via electronic mail to:

DAVID LOZANO
LOZANO LAW CENTER, INC., 9150 LAS TUNAS DRIVE
TEMPLE CITY, CA 91780

ROD DANIELSON (TR)
3787 UNIVERSITY AVENUE
RIVERSIDE, CA 92501

UNITED STATES TRUSTEE (RS)
3801 UNIVERSITY AVENUE, SUITE 720
RIVERSIDE, CA 92501-3200

By: /s/ Andrew Smith